HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
JEREMY ALAN PUTNAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>JEREMY ALAN PUTNAM,<br><br>        Defendant. | )  Case No.  2:13-mj-0236-AC<br>)<br>)<br>)<br>)  Date: May 2, 2014<br>)  Time: 2:00 p.m.<br>)<br>)<br>)<br>)<br>) |

        The parties hereby stipulate and request that the Court continue the preliminary hearing

scheduled for April 4, 2014, at 2:00 p.m. to May 2, 2014, at 2:00 p.m., before the duty magistrate

judge.

        The government is seeking to have Mr. Putnam undergo psychological evaluation;

therefore, counsel requires the time to discuss a potential pre-indictment resolution of this case

with Mr. Putnam.

        The parties agree that the above reasons constitute good cause to extend the time for

preliminary hearing under Fed. R. Crim. P. 5.1, and that the Court should extend the time within

which the government must file an indictment to May 2, 2014.  The parties stipulate that the ends

of justice served by granting Mr. Putnam's request for a continuance outweigh the best interest

of the public and Mr. Putnam in a speedy trial, and that this is an appropriate exclusion of time

for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated:  April 3, 2014

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender


*/s/ Matthew M. Scoble*
MATTHEW M. SCOBLE
Assistant Federal Defender
Attorney for Defendant
JEREMY ALAN PUTNAM


Dated: April 3, 2014

BENJAMIN B. WAGNER
United States Attorney

*/s/ Matthew M. Scoble for Matt Morris*
MATT MORRIS
Assistant U.S. Attorney

## O R D E R

Finding good cause, the Court orders the preliminary hearing continued to May 2, 2014, at 2:00 p.m., before the duty magistrate judge and, time excluded as set forth above for the reasons set forth above. The Court finds that the ends of justice served by granting Mr. Putnam's request for a continuance outweigh the best interest of the public and Mr. Putnam in a speedy trial.

IT IS SO ORDERED.

Dated: April 4, 2014

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stipulation to Continue Preliminary Hearing

*U.S. v Putnam, 2:13-mj-236-AC*