1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MATTHEW M. SCOBLE, #237432
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710

5  Attorney for Defendant
   JEREMY ALAN PUTNAM
6

7
                IN THE UNITED STATES DISTRICT COURT
8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,        ) Case No.  2:14-cr-154 GEB
                                    )
11         Plaintiff,                ) STIPULATION AND [PROPOSED] ORDER
                                    ) CONTINUING STATUS CONFERENCE AND
12    vs.                           ) EXCLUDING TIME
                                    )
13 JEREMY ALAN PUTNAM,              ) Date:  August 8, 2014
                                    ) Time: 9:00 a.m.
14         Defendant.                ) Judge: Hon. Garland E. Burrell, Jr.
                                    )
15 _____ )

16         IT IS HEREBY STIPULATED by and between the parties hereto through their

17 respective counsel, MATTHEW MORRIS, Assistant United States Attorney, attorney for

18 Plaintiff, and MATTHEW SCOBLE, attorney for JEREMY ALAN PUTNAM, that the status

19 conference hearing date of July 11, 2014 be vacated, and the matter be set for status conference

20 on August 8, 2014 at 9:00 a.m.

21         The reasons for this continuance are to allow defense counsel additional time to examine

22 possible defenses and to continue investigating the facts of the case.

23         Based upon the foregoing, the parties agree that the time under the Speedy Trial Act

24 should be excluded from the date of signing of this order through and including August 8, 2014

25 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code

26 T4 based upon continuity of counsel and defense preparation.

27 / / /

28

Dated: July 7, 2014

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Matthew M. Scoble*
MATTHEW M. SCOBLE
Assistant Federal Defender
Attorney for Defendant
JEREMY ALAN PUTNAM

Dated: July 7, 2014

BENJAMIN B. WAGNER
United States Attorney

*/s/ Matthew M. Scoble for Matt Morris*
MATT MORRIS
Assistant U.S. Attorney

## O R D E R

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the July 11, 2014, status conference hearing be continued to August 8, 2014, at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the August 8, 2014 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:  July 7, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge